## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01211-MSK-MEH

LORI HEID,

       Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

       Defendant.

## NOTICE OF SETTLEMENT

      COMES NOW the Plaintiff by and through her counsel of record and for her Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Plaintiff will be filing a Notice of Dismissal with Prejudice once the settlement documents have been executed by the parties and delivered to all parties and the settlement funds have been received by the Plaintiff. The Plaintiff expects this to happen by July 21, 2009.

Dated: July 14, 2009.

Respectfully Submitted,

 s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff